In the Matter of the Construction of the Will of SAMUEL BLUE-STEIN, Deceased. MURRAY GOODMAN et al., as Executors of SAMUEL BLUESTEIN, Deceased, Appellants; ROSE BLUESTEIN, Respondent.

Submitted February 26, 1951; decided March 9, 1951.

*Harold M. Weinberg* for motion.

*Ilo Orleans* opposed.

Motion denied.